# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: REESTABLISHMENT OF THE
MAGISTERIAL DISTRICTS WITHIN
THE 23rd JUDICIAL DISTRICT OF
THE COMMONWEALTH OF
PENNSYLVANIA

:     NO. 481
:
:     MAGISTERIAL RULES DOCKET
:
:

## ORDER

**PER CURIAM**

AND NOW, this 24th day of May, 2022, upon consideration of the Petition to Reestablish the Magisterial Districts of the 23rd Judicial District (Berks County) of the Commonwealth of Pennsylvania, it is hereby ORDERED AND DECREED that the Petition, which provides for the reestablishment of Magisterial Districts 23-1-01, 23-1-02, 23-1-03, 23-1-05, 23-1-06, 23-2-01, 23-2-02, 23-2-03, 23-2-04, 23-3-01, 23-3-02, 23-3-03, 23-3-04, 23-3-05, 23-3-06, 23-3-07, and 23-3-09, within Berks County, to be effective immediately, is granted.

Said Magisterial Districts shall be as follows:

| | |
|---|---|
| Magisterial District 23-1-01<br>Magisterial District Judge Ann L. Young | Adamstown Borough<br>Robesonia Borough<br>Sinking Spring Borough<br>Wernersville Borough<br>Heidelberg Township<br>Lower Heidelberg Township<br>South Heidelberg Township<br>Spring Township |
| Magisterial District 23-1-02<br>Magisterial District Judge Carissa L. Johnson | City of Reading, Wards 2, 3, 10, 16 |

| | |
|---|---|
| Magisterial District 23-1-03<br>Magisterial District Judge Kyley L. Scott | City of Reading, Wards 8, 9, 11, 12 |
| Magisterial District 23-1-05<br>Magisterial District Judge Alvin B. Robinson | City of Reading, Wards 6, 7, 15, 19 |
| Magisterial District 23-1-06<br>Magisterial District Judge Dean R. Patton | Laureldale Borough<br>Muhlenberg Township |
| Magisterial District 23-2-01<br>Magisterial District Judge Priscilla Campos | City of Reading, Wards 1, 4, 5, 18 |
| Magisterial District 23-2-02<br>Magisterial District Judge Eric J. Taylor | West Reading Borough<br>Wyomissing Borough |
| Magisterial District 23-2-03<br>Magisterial District Judge Sandra L. Fegley | Mount Penn Borough<br>Saint Lawrence Borough<br>Exeter Township<br>Lower Alsace Township |
| Magisterial District 23-2-04<br>Magisterial District Judge David L. Yoch | Kenhorst Borough<br>Mohnton Borough<br>Shillington Borough<br>Cumru Township |
| Magisterial District 23-3-01<br>Magisterial District Judge David E. Glass | Birdsboro Borough<br>New Morgan Borough<br>Brecknock Township<br>Caernarvon Township<br>Robeson Township<br>Union Township |
| Magisterial District 23-3-02<br>Vacant | Bally Borough<br>Bechtelsville Borough<br>Boyertown Borough<br>Colebrookdale Township<br>Douglass Township<br>Earl Township<br>Hereford Township<br>Washington Township |

Magisterial District 23-3-03  
Magisterial District Judge Steven M. Chieffo

Topton Borough  
Alsace Township  
Amity Township  
District Township  
Longswamp Township  
Oley Township  
Pike Township  
Rockland Township  
Ruscombmanor Township

Magisterial District 23-3-04  
Magisterial District Judge Gail M. Greth

Fleetwood Borough  
Kutztown Borough  
Lyons Borough  
Maxatawny Township  
Richmond Township

Magisterial District 23-3-05  
Magisterial District Judge Brian K. Strand

Centerport Borough  
Leesport Borough  
Bern Township  
Centre Township  
Maidencreek Township  
Ontelaunee Township

Magisterial District 23-3-06  
Magisterial District Judge Kim L. Bagenstose

Hamburg Borough  
Lenhartsville Borough  
Shoemakersville Borough  
Albany Township  
Greenwich Township  
Perry Township  
Tilden Township  
Windsor Township

Magisterial District 23-3-07  
Magisterial District Judge Andrea J. Book

Bernville Borough  
Womelsdorf Borough  
Bethel Township  
Jefferson Township  
Marion Township  
North Heidelberg Township  
Penn Township  
Tulpehocken Township

Upper Bern Township
Upper Tulpehocken Township

Magisterial District 23-3-09                    City of Reading, Wards 13, 14, 17
Magisterial District Judge Tonya A. Butler